HON JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) No. 21-CR-174 JCC |
| | ) |
| v. | ) [~~PROPOSED~~] ORDER |
| | ) GRANTING MOTION FOR |
| FERNANDO LOPEZ-MENDEZ, | ) LEAVE TO WITHDRAW |
| | ) |
| Defendant. | ) |

Defense counsel having filed a motion for leave to withdraw, and good cause having been presented for the motion, it is hereby ORDERED that Allen R. Bentley is permitted to withdraw as counsel for the defendant Fernando Lopez-Mendez.

DONE this 4th day of December, 2023.

HON. JOHN C. COUGHENOUR
Senior United States District Judge

Presented by:

---------------------------------
ALLEN R. BENTLEY
WSBA No. 12275

[~~PROPOSED~~] ORDER GRANTING
MOTION FOR LEAVE TO WITHDRAW - 1